IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03118-PAB

RAMLI ILIASOV,

Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility, and,
GEORGE VALDEZ, Acting Field Officer Director,

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 13] of Judge Philip A. Brimmer entered on August 3, 2026, it is

ORDERED that Ramli Iliasov's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is GRANTED. It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 6th day of August, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
Deputy Clerk